IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOE HENRY SCOTT, III,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-00454-CG-B |
| **JERRY L. FERRELL, et al.,** | : | |
| Defendants. | : | |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 6th day of April, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE